UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CR-00164-SEB-MG-1 |
| | ) | |
| TIWANA DENISE HOLLIS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 3, 2025 and May 21, 2026, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on September 11, 2025.  Defendant Hollis appeared in person with his appointed counsel Joseph Cleary.  The government appeared by Cristina Caraballo-Colon and Bradley Blackington, Assistant United States Attorneys.  U.S. Parole and Probation appeared by Officers Justin Ottino and Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.     The Court advised Defendant Hollis of her rights and ensured she had a copy of the Petition.  Defendant Hollis orally waived her right to a preliminary hearing.

2.     After being placed under oath, Defendant Hollis admitted Violation No. 1.  [Dkt. 5.]  Government orally moved to dismiss the remaining violations, which motion was granted; Violation No. 2 was dismissed.

3.     Violation No. 1, as fully set forth in the Petition, reads as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant must not commit another federal, state or local crime."** |

On May 14, 2025, charges were formally filed against Ms. Hollis in Hamilton County, Indiana, Superior Court under cause number 29D04-2505-F6-003991. Ms. Hollis is charged with the following felony counts: Identity Deception (5 counts); Obtaining Legend Drugs by Using False Name of False Address (5 counts); and Obtaining Legend Drugs by Fraud (4 counts). She was released after her initial hearing, and tentatively a final pretrial conference is scheduled for October 27, 2025.

3.    Defendant admitted that she plead guilty to one count of felony Identity Deception in Hamilton County, Indiana, Case No. 29D04-2505-F6-003991, and was sentenced on that charge.

4.    The Court finds that:

(a)    The highest grade of violation is a Grade B violation.

(b)    Defendant's criminal history category is I.

(c)    The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

5.    The parties jointly recommended a sentence of time served, with 24 months of supervised release to follow.

The Magistrate Judge, having considered the relevant factors set forth in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation No. 1 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to time served, with 24 months of supervised release to follow.

In addition to the mandatory conditions of supervision, the following conditions of supervision should be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. Justification: This condition is an administrative requirement of supervision.

13. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

   Justification: Conditions 1-13 are administrative conditions of supervision and will assist the probation officer in monitoring the offender in the community.

14. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/ or restitution.

15. You shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

16. You shall not engage in an occupation, business, profession or volunteer activity that would require or enable you to have fiduciary responsibility during the term of supervision without prior approval of the probation officer.

   Justification: Conditions 14-16 will help assist the probation officer in verifying the legitimacy of Ms. Hollis' income and help ensure any restitution payments remain a priority.

17. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

   Justification: Condition 17 will assist the probation officer in monitoring Ms. Hollis and ensuring protection of the community, due to the nature of the instant offense.

   Defendant reviewed the foregoing conditions, and they were reviewed by Defendant with her attorney. Defendant, on the record, waived reading of the above noted conditions of supervised release.

   The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated:  21 MAY 2026

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system